Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 12 2021
U.S. DISTRICT COURT
ELKINS WV 26241

__William Alva Hemming__
*Your full name*

v.

__C.O. = B. Howerd__
__C.O = J. Kish__
__C.O = C. Benette__
__Hazelton FCI "Dr. Myers" phisologay__
*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS COMPLAINT**
**(*BIVENS* ACTION)**

Civil Action No.: __5:21cv71__
*(To be assigned by the Clerk of Court)*

Bailey Mazzone Blalock

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Name of Plaintiff: __William A. Hemming__ Inmate No.: __72664-054__
           Address: __Federal Correctional Institution__
           __P.O. Box 1000 Otisville, NY 10963__

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B. Name of Defendant: B. Howard
Position: Corection officer
Place of Employment: Hazelton FCI
Address: P.O. Box 5000 Bruceton Mills W.V. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: Defendant's were acting as federal Corection officers at all relevant times

B.1 Name of Defendant: J. Kish
Position: Corection officer
Place of Employment: Hazelton FCI
Address: P.O. Box 5000 Bruceton Mills W.V. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: Defendants were acting as federal Corection officers at all relevant Times

B.2 Name of Defendant: C. Benette
Position: Corection officer
Place of Employment: Hazelton FCI
Address: P.O. Box 5000 Bruceton Mills W.V. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

Attachment A

If your answer is "YES," briefly explain: Defendants were acting as federal corection officers at all relevant times

B.3 Name of Defendant: Dr. Myers
Position: Phiscology
Place of Employment: Hazelton FCI
Address: P.O. Box 5000 Bruceton Mills W.V, 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☑ Yes ☐ No

If your answer is "YES," briefly explain: Defendent was acting as FCI "phiscology"

B.4 Name of Defendant: ___
Position: ___
Place of Employment: ___
Address: ___

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: ___

Attachment A

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: **Otisville FCI**

A.   Is this where the events concerning your complaint took place?
     ☐ Yes   ☒ No

If you answered "NO," where did the events occur? **Hazelton FCI, W.V.**

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
     ☐ Yes   ☒ No

D.   If your answer is "NO," explain why not: **I asked for BP.8, and BP.9, but was never given. I was told to write on paper. Of wich, I gave to the captin, A warden and warden**

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☒ No

    B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.   Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2.   Court: _____
*(If federal court, name the district; if state court, name the county)*

        3.   Case Number:_____

        4.   Basic Claim Made/Issues Raised: _____
_____
_____
_____

        5.   Name of Judge(s) to whom case was assigned:
_____

        6.   Disposition: _____
*(For example, was the case dismissed? Appealed? Pending?)*

        7.   Approximate date of filing lawsuit:_____

**Attachment A**

      8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☐ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.    Did you exhaust available administrative remedies?
      ☐ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:  ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIMS 1 THROUGH 4 EXCESSIVE FORCE, BATTERY, CRUEL AND UNUSUAL PUNISHMENT:

CLAIM 1: On February 5 2020, Officer B. Howard punched me 3 times in the Liver area and slammed my forhead into Concret Corner busting open my right eye brow cozing it to bleed. Flooded my Cell cozing me to be beat by Celli inmate Cummings

Supporting Facts: I was forced to check into

**Attachment A**

protectiv Costade. P.C. Becouse of officer's B. Howerd and officer J. Kish. I got a shot from haveing to protect my face from punches. on 2-5-2020

**CLAIM 2:** On or about March 9, 2020 officer J. Kish, Troew me into the Small Metel Shawer, as hard as He coulde with my hands Cuff'd behind my Back, Makeing me hit the Side wall and Coused my arm to Bruse To the extrem

**Supporting Facts:** over one There of my arm and messine up my shoulder. X Rays of torn roder Cup in Shoulder.

**CLAIM 3:** On or about April 4 2020 officer C. Benette While in a cell rotation put all my stuff in shaoer and spraid with mace. put me in shawer after He Poshed me against the wall and ponchei me in the liver eriof Turnd me around and Slaped me Then Turnd me agin and punched me agin and pulld

**Supporting Facts:** my legs out from onder me. and keep ashting me I have wittneses. officer Benette also took my Bible away from me.

**CLAIM 4:** On or about April 15 2020 officer C. Benette Saw me and my Celli Trying to get a Book under my Door but Could not. C. Benette had us removed from Cell and put me and Celli in papper. When he Took me Back he Trew my papper Blanket in Shawer and pushed me into shawer. AS I Tryd to get up he Kicked me in the Back

**Supporting Facts:** With hands cuffd behind Back.

CLAIM 5: DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS: On or about April 7 2020 Dr Myess from spiscology took my Bypoler medication from me, because she did not agry with dicgnoses. I Been diegnost Bypoler by several Docters over the past 20 years.

Supporting Facts:

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I am having many problems and much pain with my shoulder from the asault By J-Kysh, no matter what I do it hurts. It will not stop. It has been hurting from the day he pshed me into the shower with my hands coffed behind my back. Continew on page 15A =

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* APPOINT COUNSEL TO PURSUE Some taip of Compinsation for Mental, emotional, spiretal and phisical pain. For the officers to ondergo New Trayning, To Become real "Corectionel" officers

The pain is something that is now permanent, I have Emotional and mental pain as well, Every time I here Keys it makes me very Jumpy. Every time an officer Knoks on my door it makes me think of all that I went through.

I am also still haveing problems with my Back, from haven been Kicked By officer C. Benette

I have never in my life had any thing wrong with my Shoulder or my Back, ontill I haven been assulted By officers J. Kish and officers C. Benette.

I some times wake in the middel of the night, do to the pain in my Shoulder.

I am haven trubel with my mental state do to the fact That, Dr Myers, at Hazelton FCI took my Depecot away from me, Its what Iv been taken for almost 20 year's for By poler. I only spoke to her for mody 10 minates two times,

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __OTISVILLE FCI__ on __5/3/2021__.
               (Location)              (Date)

__[signature]__
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

William A. Hemming
_____
*Your full name*

v.                                                     Civil Action No.: _____

C.O = B. Howard
C.O = J. Kish
C.O = C. Benette
Hazelton FCI, Dr. Myers, phiscology
_____
*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, William A. Hemming (your name here), appearing *pro se*, hereby certify that I have served the foregoing Federal Civil Rights Complaint (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 5-4-21 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)